### JOSEPH BENEDICT agt. AMASA LORD.

Service of affidavit or case, with notice of motion to set aside report of referees,
   is not a stay of proceedings *per se*, until the case is settled; but an order must
   be obtained.

*February Term*, 1846.

MOTION by defendant to set aside judgment for irregularity.
This was a case where the defendant's attorneys had served
plaintiff's attorney with copy case and papers for a motion to
set aside the report of referees, without any order to stay pro-
ceedings.    Plaintiff's attorney gave   defendant's attorneys
written notice as follows : (title of the cause) Gent. Judgment
has been entered upon the report of referees.   I do not regard
your papers as regular, and that no motion can be made upon
them.

> C. P. KIRKLAND, *defendant's counsel.*
> SHERWOOD & NYE, *defendant's attorneys.*
> M. T. REYNOLDS, *plaintiff's counsel.*
> O. M. BENEDICT, *plaintiff's attorney.*

BRONSON, Chief Justice.   Denied the motion, with costs,

without prejudice, on the ground that service of affidavit or case, with notice of motion to set aside report of referees, is not a stay of proceedings *per se* until the case is settled; but an order must be obtained.